IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA DIVISION

James E. Sanders #1579328
Plaintiff

v.

Maria E. Muirhead, et al.,
Defendants

CASE NO. 7:21-cv-010-O

## NOTICE TO THE COURT

Plaintiff has been trying to keep the Court informed of my struggles in filing my § 1983 action against several individuals in denying my access to the courts. On January 14, 2021, I mailed out my six-month statement to the clerk separate from the IFP papers and the summons and complaints, which I intended to send certified mail. The person who handles the six-month statements in the law library, Larry Goatley, is a defendant in this suit an I have had problems with him handling my legal mail in the past that are a part of the lawsuit.

I sent a previous "NOTICE" to the Court dated January 22, 2021, detailing issues I was having getting the two writ envelopes weighed and acquiring certified mail slips. One envelope contained the original, the judge's copy, my copy to be returned "stamped as filed", the SASE, and six of the ten complaints and summons. The other held four complaints and summons to the four defendants I could NOT get addresses for.

I mailed both writ envelopes in inside the plastic that they are sold in, along with an I-60 requesting they be weighed prior to mailing to ensure sufficient postage as mailroom staff was NOT being permitted on Ad-Seg pods due to a COVID-19 precautionary lockdown. Neither I-60 request was returned stating postage was sufficient even though

1

one envelope had 13 stamps and the certified mail envelope had 32 stamps and I requested the I-60s be returned so I'd know the status of they writs.

I am sending this mailing under the name and number of a friend in hopes that it reaches you. I admit that it may be overkill, buy I also have yet to receive my post-office receipt and printout of the actual cost of the certified mail.

If I am being paranoid and the clerk has received the two writs containing the Sanders v. Muirhead § 1983 lawsuit, then disregard this NOTICE. Otherwise, a prompt reply would be greatly appreciated as it will take some time to draft the 13 complaints again.

Furthermore, since mailing off the complaints, Glenda Adams, the Law Library Supervisor and another defendant, finally sent me the unit Warden Andrea B. Lozada transferred to.

Assistant Warden Lozada was promoted to head Warden at:

> Rudd Transfer Facility
> 2004 Lamesa Hwy
> Brownfield, TX 79316

Can the Clerk add this information to the complaint, or will it be necessary to serve her through their attorney?

Please respond to this Notice, which I am sending under the name Raymond Sotelo, TDCJ# 1406784. An obstacle we face here is that they can easily red-flag mailings to this USDC as a threat, especially bulk mailings.

SIGNED this 1st day of February, 2021 at 2:23am.

Respectfully submitted,

James E. Sanders #1579328
2101 FM 369N
Iowa Park, TX 76367

Raymond Sotelo
#1406784
2101 FM 369N
Iowa Park, TX 76367

LEGAL MAIL

RECEIVED
FEB - 4 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

NORTH TEXAS TX P&DC
DALLAS TX 750
2 FEB 2021 PM 6 L

LEGAL MAIL

Attn: Office of the Clerk
USDC
Northern District of Texas
1000 Lamar St., Room 203
Wichita Falls, TX 76301-3431

76301-343153