IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JAMES EARVIN SANDERS, <br> TDCJ No. 1579328, <br><br> Plaintiff, <br><br> v. <br><br> MARIA E. MUIRHEAD, et al., <br><br> Defendants. | § § § § § § § § § § | Civil Action No. 7:21-cv-010-O |

## JUDGMENT

This action came on for consideration by the Court, and the Plaintiff having failed to comply with the Court's order,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the complaint be, and it is hereby, **DISMISSED** without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

**SIGNED** this **4th day** of **May, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE